# EXHIBIT 1




**EXHIBIT**

**1**

5505 W. GRAY STREET | TAMPA, FL 33609 | PHONE: 813.347.5100

Burton W. Wiand
Direct Dial: 813.347.5101
bwiand@wiandlaw.com

January 30, 2020

**VIA EMAIL**

Alise M. Johnson
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Ave., No. 1800
Miami, FL 33131

   Re: *Equialt*

Dear Ms. Johnson:

   This letter is submitted to provide you with further information regarding my experience as a Federal Equity Receiver and the experience of Wiand Guerra King P.A.

   I have substantial experience acting as a Federal Equity Receiver. My legal practice includes complex litigation and regulatory defense. In addition, I regularly serve as a Receiver in cases brought by both state and federal regulatory agencies. These cases have related to consumer frauds involving mortgage schemes, time share resale frauds, interest rate reduction schemes, Ponzi schemes, and securities violations. A list of the receiverships I have administered is attached hereto as Exhibit A. The list includes the names of those who are familiar with my activities as a Receiver. I am also a member and Director of the National Association of Federal Equity Receivers ("NAFER").

   I have been asked by multiple federal and state agencies, including the FTC and SEC, to serve as a Receiver in those agencies' enforcement cases. The first of these cases was many years ago in a case styled *SEC v. Captain Crab* where I collected and distributed funds on behalf of the District Court for the Southern District of Florida. More recently I have served as Receiver in *SEC v. HKW Trading, LLC et al.*, Case No. 8:05-cv-1076-T-24TBM and *Securities and Exchange Commission v. Arthur Nadel, Scoop Capital, LLC, et al.*, Case No.: 8:09-cv-87-T-26TBM. These latter two cases were both Ponzi schemes involving hundreds of millions of dollars. I have served as Receiver in several recent FTC enforcement cases brought in the Middle District of Florida, including *FTC v. Mortgage Foreclosure Solutions et al.*, Case No.

Alise M. Johnson
Page 2
January 30, 2020

8:08-cv-388-T-23EAJ; *FTC v. National Solutions, et al.,* Case No. 6:11-cv-1131-ORL-22GJK; *FTC v. EM Systems & Services, LLC et al.,* Case No. 8:15-cv-01417-SDM-AEP. I recently served as both a Liquidating Receiver and as Receiver over a judgment defendant's personal assets in an FTC enforcement action styled *FTC v. NPB Advertising, Inc. et al.,* Case No. 8:14-cv-1155-T-23TGW (M.D. Fla.). I have also been appointed as Receiver in the matter *CFTC v. Oasis International Group, Ltd., et al.,* Case No. 8:19-CV-886-T-33SPF. Through my efforts and those of my Wiand Guerra King counsel, some of these cases have resulted in significant precedential caselaw on both the district and appellate levels. The SEC cases have resulted in large recoveries for victims.

On other occasions, I served as a Receiver, Conservator and Independent Arbiter for matters instituted by the State of Florida. For instance, the State of Florida appointed me as Independent Arbiter for *In re Olde Discount* which involved the resolution of individual claims that had been uncovered by an action brought by the State against Olde Discount, a national brokerage firm. In this capacity, I reviewed and evaluated over 400 claims for eligibility. I then administered the claims process for those eligible claimants who elected to participate in the process. At the present time, I am serving as a Receiver at the request of the Florida Office of Financial Regulation in another Ponzi scheme case *State of Florida, Office of Financial Regulation v. Tri-Med Corporation, et al.,* Pinellas County Circuit Court, FL, Case No. 14-001695-CI. This case involves a fraudulent investment scheme that raised over $17 million primarily from elderly investors. I am also serving as Receiver in another State of Florida action involving a securities scam, *State of Florida, Office of Financial Regulation, v. Universal Luxury Coaches, LLC,* Case No. 04-CA-2130-16-W (18th Judicial Circuit Court, Seminole County, Florida).

In connection with Receivership Appointments, I bill for my services on an hourly basis. My standard rate is $500 per hour, but I discount approximately 30% which will reduce my rate to $360. For legal services, should that be necessary, I retain Wiand Guerra King P.A., ("WGK") and other lawyers to perform administrative and litigation services. You can visit the Firm's website at www.wiandlaw.com for more information. The lawyers of "WGK" are experienced in handling Receivership matters. It is likely that Jared Perez, Esq. and Katherine Donlon, Esq. will serve as primary counsel. Their brief resumes are attached hereto as Exhibit B. I anticipate that I will rely on associates working within the firm and shall retain their services at a blended discount billing rate not to exceed $240 per hour. Should partners of the firm work on this matter, their hourly rate will be $350 as opposed to standard rates from $360 to $475. A schedule of our proposed fees for this matter is attached as Exhibit C. On particular matters, I may employ other outside counsel, but would seek the assent of the SEC and the Court before doing so.

Should matters develop where accounting assistance is required, WGK has access to a broad array of accounting service providers that have substantial experience in forensic accounting, fraud examinations, and auditing. In matters that are complex and need forensic work, I have used the firms of Kapila Mukamal and Yip and Associates. Information about these firms can be reviewed at http://www.kapilamukamal.com and http://www.yipcpa.com. Barring

Alise M. Johnson
Page 3
January 30, 2020

any conflicts, I am confident each firm can provide any services necessary with respect to the receivership.

We work regularly with forensic information technology specialists that may be necessary in a matter of this nature. If such services are needed, I will use them at a reasonable cost. Our cases often involve cooperation with criminal law enforcement agencies. We are well versed in assisting law enforcement and the use of appropriate procedures to preserve evidence.

In connection with matters, WGK utilizes, where appropriate, the services of the RWJ Group, LLC ("RWJ"). This company, through its Principal, Roger Jernigan, provides on the ground services of securing property and assets; investigation activities and certain business management services where necessary. Mr. Jernigan's CV is included as Exhibit D. Mr. Jernigan is a licensed private investigator, a certified law enforcement officer and an experienced businessman. We find that the services of RWJ are effective and economical. RWJ is retained as an independent contractor to WGK to handle these matters for the firm. WGK bills for services of RWJ at a rate of $90 per hour.

We have had experience recovering assets from international jurisdictions, including the British Virgin Islands, the United Kingdom and other countries. I am a member of INSOL – the International Association of Restructuring, Insolvency, and Bankruptcy Professionals – which provides a broad array of experienced professionals to assist in international recovery efforts throughout the world.

Many of our receiverships have involved the liquidation and management of businesses and real property. We have developed a substantial expertise in both areas and also work with professionals such as realtors, business consultants, etc., who bring substantial expertise to our projects.

Through a combination of these professionals I am able to provide prompt, efficient and economical services to receiverships. We work hard to gather and conserve receivership assets with a view to maximizing proceeds for victims and enhancing the effectiveness of a regulatory action.

Thank you for contacting me and allowing me the opportunity to submit this proposal. I would be delighted to serve as Receiver in this matter. Please do not hesitate to contact me if I can provide you with any additional information.

Sincerely yours,

Burton W. Wiand

BWW/djb
Enclosures

# Exhibit A

# Exhibit A
# Recent Receiverships

- *Commodity Futures Trading Commission v. Oasis International Group, Limited et al.*, Case No. 8:19-cv-00886 (M.D. Fla)
- *Federal Trade Commission v. National Solutions, LLC, et al.*, Case No. 11-cv-1131-ORL-22-GJK (M.D. Fla.)
- *Federal Trade Commission v. Resort Solution Trust, Inc., Lincoln Renwick II, & Anthony Talavera,* Case No. 8:13-cv-01329-T-33TMB (M.D. Fla.).
- *Federal Trade Commission v. Mortgage Foreclosure Solutions et al.*, Case No. 8:08-cv-388-T-23EAJ (M.D. Fla.)
- *Federal Trade Commission v. NPB Advertising, Inc. et al.*, Case No. 8:14-cv-1155-T-23TGW (M.D. Fla.)
- *FTC v. EM Systems & Services, LLC et al.*, Case No. 8:15-cv-01417-SDM-AEP (M.D. Fla.)
- *Securities and Exchange Commission v. HKW Trading, LLC, Howard Waxenberg Trading, L.L.C., et al.*, Case No. 8:05-cv-1076-T-24MSS (M.D. Fla.)
- *Securities and Exchange Commission v. A. Nadel, et al.*, Case No. 8:09-cv-0087-T-26TBM (M.D. Fla.)
- *State of Florida, Office of Financial Regulation v. Tri-Med Corp. et al.,* Case No. 14-1695-CI (Sixth Judicial Cir. Court, Florida)
- *State of Florida, Office of Financial Regulation, v. Universal Luxury Coaches, LLC,* Case No. 04-CA-2130-16-W (18th Judicial Circuit Court, Seminole County, Florida)

Persons with knowledge of Mr. Wiand's and Wiand Guerra King's efforts:

- Honorable Susan C. Bucklew, Senior United States District Judge
  Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, FL 33602

- Honorable Elizabeth A. Kovachevich, United States District Judge
  Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, FL 33602

- Honorable Richard A. Lazzara, Senior United States District Judge
  Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, FL 33602

- Honorable James D. Whittemore, United States District Judge
  Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, FL 33602

- Honorable Steven D. Merryday, United States District Chief Judge
  Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, FL  33602

- Honorable Mark A. Pizzo, United States Magistrate Judge
  Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, FL 33602

- Honorable Anthony E. Porcelli, United States Magistrate Judge
  Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, FL 33602

- Harold E. Kirtz, FTC Southeast Region
  Federal Trade Commission, 225 Peachtree Street NE, Suite 1500, Atlanta, GA 30303

- Barbara Bolton, FTC Southeast Region,
  Federal Trade Commission, 225 Peachtree Street NE, Suite 1500, Atlanta, GA 30303

- Nicholas May, FTC Southeast Region,
  Federal Trade Commission, 225 Peachtree Street NE, Suite 1500, Atlanta, GA 30303

- Anna Burns, FTC Southeast Region,
  Federal Trade Commission, 225 Peachtree Street NE, Suite 1500, Atlanta, GA 30303

- Elizabeth Sanger, FTC Bureau of Consumer Protection
  Federal Trade Commission, 600 Pennsylvania Ave., NW, Washington, DC 20580

- Mary Johnson, FTC Bureau of Consumer Protection
  Federal Trade Commission, 600 Pennsylvania Ave., NW, Washington, DC 20580

- Sydney Knight, FTC Bureau of Consumer Protection
  Federal Trade Commission, 600 Pennsylvania Ave., NW, Washington, DC 20580

- Tawana Davis, FTC Bureau of Consumer Protection
  Federal Trade Commission, 600 Pennsylvania Ave., NW, Washington, DC 20580

- William Hodor, FTC Midwest Region
  Federal Trade Commission, 55 West Monroe Street, Suite 1825, Chicago, IL 60603

- Robert K. Levenson, Miami Regional Trial Counsel
  Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131

- Scott A. Masel, Attorney-Advisor
  Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131

- Christopher Martin, Senior Trial Counsel
  Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131

- A. Gregory Melchior, Assistant General Counsel
  Florida Office of Financial Regulation, 1313 Tampa Street; Suite 615; Tampa, FL 33602

2

- Honorable Anthony Rondolino, Circuit Court Judge
  Pinellas County Courthouse, St. Petersburg Judicial Building, 545 1st Avenue North, Room 400, St. Petersburg, FL 33701

- Honorable Cynthia J. Newton, Circuit Court Judge
  Pinellas County Courthouse, St. Petersburg Judicial Building, 545 1st Avenue North, Room 211, St. Petersburg, FL 33701

# Exhibit B

## KATHERINE C. DONLON



Kacy Donlon has practiced in the area of commercial and securities litigation for over 20 years. Her practice is based on the principles instilled in her during her clerkship with a federal judge in Alabama – work hard for your client, be honest, and look for creative ways to win or resolve cases. Her main concentration is the defense of businesses and individuals involved in the securities and financial services industries, and she also has experience in a broad spectrum of commercial litigation matters, including employment disputes, class actions, business torts, and contract disputes. Kacy has handled complex matters in federal and state court as well as in arbitration, including the successful defense of numerous matters involving allegations relating to the sale of variable and equity-indexed annuities and other insurance product sales practices.

Kacy's experience includes the representation of national and regional brokerage and insurance firms in arbitration and court proceedings brought by customers involving variable products. mutual funds, REITs, TICs, equity securities, viaticals, oil and gas partnerships, and other investment products. In addition to litigation, Kacy has represented many clients in investigations and enforcement actions by regulatory bodies such as the SEC, FINRA, CFP, and state securities and insurance regulators. She also counsels' clients on compliance issues.

Kacy is originally from Alabama where she graduated summa cum laude from Birmingham-Southern College. She then attended the University of St. Andrews in Scotland on a Rotary Scholarship. After working as a paralegal for a prominent securities litigator, she continued her education at Washington & Lee University School of Law where she was the Securities Editor of the Washington & Lee Law Review and graduated cum laude.

Kacy is the President of the Florida Securities Dealers Association for 2020. She is also actively involved with the Business Law Section of the Florida Bar. She is currently the Treasurer of this 5000 member organization. She is a past president of the Federal Bar Association, Tampa Bay Chapter. In 2010, the Chapter awarded her its highest award, the George C. Carr award, for excellence in federal practice and service to the Federal Bar. Admitted in both Florida and

Alabama, Kacy is AV Peer Review Rated by Martindale-Hubbell and has been recognized as one
of the Best Lawyers in America and a Super Lawyer.

## REPRESENTATIVE EXPERIENCE

- Defended numerous FINRA arbitration claims related to the suitability of variable annuity purchases. See *Guin v. InterSecurities*, 2005 WL 2044617; *Oliver v. InterSecurities*, 2006 WL 954102; *Johnston v. InterSecurities*, 2005 WL 1140251 (directed verdict); *Apichino v. InterSecurities*, 2006 WL 3716863.
- Defended financial institutions against former employees. See *Darden v. Ameriprise Financial Services, Inc.*, 2018 WL 5299741; *Piston v. Transamerica Capital, Inc.*, 2018 WL 3063603; *Variable Annuity Life Ins. Co. v. Hausinger*, 927 So.2d 243 (Fla. 2d DCA 2006) (raiding); *Amon v. InterSecurities*, 2007 WL 4079432; *Heller v. InterSecurities*, 2007 WL 2493125 (compensation).
- Obtained dismissal by summary judgment of fraud claims against insurance company related to variable annuity disclosures. See *Greening v. Western Reserve Life Assurance Co.* of Ohio, 439 F. Supp.2d 612 (M.D. La. 2006).
- Successfully argued motions to dismiss based on eligibility. See *Martini v. ProEquities, Inc.*, 2014 WL 2154611; *Klein v. Transamerica Financial Advisors, Inc.*, 2015 WL 4100430; *Columbus-Sierra LLC v. Transamerica Financial Advisors, Inc.*, 2018 WL 2980920; *Beja Finance Int'l v. RBC Dain Rauscher*, 2010 WL 3072256.
- Argued before Third District Court of Appeals and obtained affirmance of lower court dismissal of claims against insurance company for denial of death benefit. See *Solorzano v. Old Mutual International (Isle of Man) Ltd.*, 772 So. 2d 1175 (Fla. 3d DCA 2000).
- Represented insurers in state court litigation related to the suitability of the sale of equity indexed annuities.
- Successfully defended negligence and fraud claims in arbitration. See *Pavonia Investments, SA v. RBC Capital Markets Corp.*, 2012 WL 5962562 (directed verdict in fraud and churning case); *Knaub v. ProEquities*, 2007 WL 2893308 (sale of variable annuities and mutual funds); *Nagda v. New England Securities*, 2004 WL 1047928 (sale of stocks, commission issues).
- Summary judgment granted in favor of client in securities-related legal malpractice action. See *Steffen v. Gray, Harris & Robinson*, 283 F. Supp.2d 1272 (M.D. Fla. 2003), *aff'd*, 138 Fed. Appx. 297 (11th Cir. 2005).
- Defeated motion to dismiss under PSLRA in federal securities action. See *Anderson v. Transglobe Energy Corp.*, 35 F. Supp.2d 1363 (M.D. Fla. 1999).

## PRESENTATIONS

- "FINRA Arbitration 2018: Tips, Tricks and Considerations", Current Issues in FINRA Arbitration and Enforcement, ABA Section of Litigation, February 2018
- "Law & Order SVU: Securities Veterans United Lessons from the Street", ProEquities OSJ Conference, July 2015
- "A Penny for Your Thoughts; Recent AML Enforcement Cases," Co-presenter with Dionne Fajardo, Financial Services Institute Webinar, January 2015
- "Orange is Not the New Black," National Association of Insurance and Financial Advisors, Tampa Chapter, How to Avoid Being Sued, May 2014
- "The Duke Lacrosse Team of Investments," Co-presenter with Burt Wiand, Nationwide CLE Seminar, Variable Annuities and Variable Products, September 2007

## PROFESSIONAL AFFILIATIONS

- Florida Securities Dealers Association: President 2020; Vice-President 2019; Treasurer 2018; Secretary 2017; Board Member 2013-present.
- The Business Law Section of The Florida Bar: Treasurer 2019-2020; Secretary 2018-2019; Chair, Legislation Committee, 2017-2018; Chair, Communications Committee, 2014-2015; Chair, State/Federal Judicial Liaison Committee, 2006-2007; Chair, Business Litigation Committee, 2005-2006; Executive Council, 2004-present.
- Federal Bar Association: President, Tampa Bay Chapter, 2006-2007; Executive Board, 2000-2008.
- Florida Bar Special Committee on Chapter 517, 2005-2007
- Florida Supreme Court: Committee on Standard Jury Instruction-Contract and Business Cases, Member, 2006-2008
- Hillsborough County Bar Association
- Securities Industry and Financial Markets Association: Member, Compliance and Legal Division
- American Bar Association: Securities Litigation Committee; Section of Litigation
- Southeastern Women in Financial Services

## COMMUNITY INVOLVEMENT

- Birmingham-Southern College National Alumni Association: Vice-President, Service and Outreach, 2007-2009
- Leadership Tampa: Class of 2004
- Bayshore Christian School Athletic Boosters

## EDUCATION

- J.D., *cum laude*, Washington and Lee University School of Law, 1994 (Securities Editor, Law Review)
- Attended University of St. Andrews, Scotland on Rotary International Scholarship, 1989-1990
- B.A., *summa cum laude*, Birmingham-Southern College, 1989 (Phi Beta Kappa, Mortar Board, Omicron Delta Kappa)

## BAR ADMISSIONS

- Florida
- Alabama

## COURT ADMISSIONS

- U.S. Supreme Court
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court, Middle District of Florida
- U.S. District Court, Northern District of Florida
- U.S. District Court, Southern District of Florida

DISTINCTIONS

- AV Preeminent Peer Review Rating by Martindale-Hubbell®
- The Best Lawyers in America, 2009-2019
- Tampa Bay's Top Lawyers by *Tampa Bay Magazine*, July/August 2010
- Tampa's Top Attorneys 2011 by *The National Law Journal*, November 2010
- George C. Carr Memorial Award by the Tampa Bay Chapter of the Federal Bar Association, November 2010
- Florida Super Lawyers, Florida Super Lawyers Magazine, 2011-2019
- Outstanding Member of the Year by the Business Law Section of the Florida Bar, June 2015

## JARED J. PEREZ



Jared Perez concentrates his practice on complex commercial litigation with a focus on financial services and securities matters, including securities fraud litigation, SEC and FINRA investigations, shareholder derivative litigation, and federal equity receiverships.

Martindale-Hubbell has rated Jared AV Preeminent®, which represents the "highest level of professional excellence for … legal knowledge, communication skills and ethical standards," and Super Lawyers has designated him a "Rising Star" in business litigation for 2015 and 2016.

Most recently, Jared has represented a number of companies in "business divorce" cases – *i.e.*, disputes or litigation among partners or shareholders of closely-held entities. Such cases require experience and special attention because the parties have often worked with each other for many years or founded a company together, which can raise complicated factual and legal issues regarding invested capital, management authority, and distribution of profits (or allocation of losses). Jared has also represented defendants in securities fraud class action lawsuits and in SEC and FINRA enforcement proceedings. Finally, Jared is a member of the legal team representing the receiver appointed over Arthur Nadel's $400 million Ponzi scheme. In that capacity, he helped to recover tens of millions of dollars for defrauded investors through dozens of cases in the United States District Court for the Middle District of Florida and before the Eleventh Circuit Court of Appeals.

Jared is a Tampa native and graduated from Florida State University*, cum laude*, in 2002. He received his law degree in 2005 from Columbia Law School. At Columbia, Jared served as the Managing Editor of the Science & Technology Law Review. He also interned with the Rackets Bureau of the Manhattan District Attorney's Office, the Hon. Robert Patterson, Jr., of the United States District Court for the Southern District of New York, and the Hon. Sonia Sotomayor, then of the Second Circuit Court of Appeals and, presently, a member of the United States Supreme Court.

Jared is admitted to practice in New York and Florida.

## REPRESENTATIVE EXPERIENCE

- Representing banking executive in litigation regarding alleged breaches of restrictive covenants
- Representing federal receiver appointed in SEC enforcement action in connection with approximately $400 million fraudulent scheme operated through multiple hedge funds
- Representing state receiver appointed in enforcement action brought by the Florida Office of Financial Regulation in connection with $17 million fraudulent investment scheme
- Representing state receiver appointed in enforcement action by the Florida Attorney General's Office in connection with multi-million dollar travel club operation
- Represented federal receiver appointed in FTC enforcement action in connection with approximately $6 million telemarketing and timeshare resale scheme
- Represented federal receiver appointed in second FTC enforcement action in connection with multi-million dollar telemarketing and timeshare resale scheme
- Represented major insurance company in breach of contract and fraud action arising from M&A transaction
- Represented large shareholder in derivative action against biotechnology company and its directors
- Represented defendants in two securities fraud class actions alleging market manipulation
- Represented investment adviser in civil action brought by SEC for securities fraud
- Represented M&A broker in compensation dispute with former employer and related FINRA investigation
- Represented monoline bond insurer in state and federal court actions for fraud and breach of contract against the sponsors of eight mortgage-backed securitizations with an insured value of approximately $4 billion
- Represented major insurance company in an arbitration concerning the firing of its Chief Executive Officer for various acts of malfeasance and mismanagement
- Represented leading pharmaceutical company in connection with internal investigations to determine compliance with the Foreign Corrupt Practices Act
- Represented national retailer in a lawsuit alleging violations of the securities and antitrust laws in connection with a proxy fight launched by two "activist" hedge funds

## SIGNIFICANT REPORTED DECISIONS

- *S.E.C. v. Quest Energy Management Group, Inc.*, 768 F. 3d 1106 (11th Cir. 2014)
- *Wiand v. Lee*, 2012 WL 6923664 (M.D. Fla. 2012), adopted 2013 WL 247361 (M.D. Fla. 2013) (granting summary judgment), affirmed 753 F.3d 1194 (11th Cir. 2014)
- *Wiand v. Dancing $*, LLC, 2013 WL 246731 (M.D. Fla. 2013) (granting summary judgment), affirmed 578 Fed. App'x 938 (11th Cir. 2014)
- *Wiand v. Meeker*, 2012 WL 6930504 (M.D. Fla. 2012), adopted 2013 WL 298335 (M.D. Fla. 2013) (granting summary judgment), affirmed 572 Fed. App'x 689 (11th Cir. 2014)
- *Wiand v. Morgan*, 2012 WL 831538 (M.D. Fla. 2012), adopted 2013 WL 247072 (M.D. Fla. 2013) (granting summary judgment)
- *Wiand v. Mason*, 2012 WL 7071455 (M.D. Fla. 2012), adopted 2013 WL 542857 (M.D. Fla. 2013) (granting summary judgment)
- *Wiand v. Cloud*, 2013 WL 247004 (M.D. Fla. 2013) (granting summary judgment)

- *Morgan Stanley & Co., LLC v. The Core Fund*, 2012 WL 3292408 (M.D. Fla. 2012)
- *MBIA Ins. Co. v. Residential Funding Co., LLC*, 906 N.Y.S.2d 781 (N.Y. Sup. Ct. 2009)
- *Radian Ins., Inc. v. Deutsche Bank Nat'l Trust Co.*, 638 F. Supp. 2d 443 (E.D. Pa. 2009)

PAST EXPERIENCE

- Cadwalader, Wickersham & Taft LLP, New York, NY
- Litigation Associate
- 2005-2011

PROFESSIONAL AFFILIATIONS

- American Bar Association
  - Business Law Section
  - Section of Litigation
- National Association of Federal Equity Receivers
  - Member of Amicus and Publications Committees
- Federal Bar Association – Tampa Chapter
- Florida Bar Business Law Section
- Hillsborough County Bar Association
  - Initial Co-Chair of HCBA Securities Law Section
- Clearwater Bar Association

EDUCATION

- J.D., Columbia Law School, 2005 (Science and Technology Law Review, Managing Editor)
- B.A., Florida State University, 2002 (Phi Beta Kappa)

BAR ADMISSIONS

- Florida
- New York

COURT ADMISSIONS

- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court, Middle District of Florida
- U.S. District Court, Southern District of Florida
- U.S. District Court, Southern District of New York

DISTINCTIONS

- AV Preeminent Peer Review Rating by Martindale-Hubbell®
- Florida Super Lawyers, Rising Stars (2015-2019)



# Exhibit C



**W|G|K**

WIAND GUERRA KING

5505 W. GRAY STREET I TAMPA, FL 33609 I PHONE: 813.347.5100

| FIRM MEMBERS | STANDARD RATES | PROPOSED RATE |
|---|---|---|
| Burton Wiand (Sr. Member) | $500 | $360 |
| Members | $315-$475 | $350 |
| Associates | $235-$290 | $240 |
| Paralegals | $165-$170 | $135 |

We carry malpractice ($5 million) as well as fidelity and general liability coverage.



# Exhibit D

Roger Wright Jernigan

The RWJ Group, LLC
1181 S. Sumter Blvd
Suite 312
North Port, Florida 34287
Phone: (941) 915-0044

_____

## Scope of Management:

Working directly with the Court Appointed Receiver on locating, Investigating, taking possession and maintaining assets including managing businesses as well as acting under the Courts direction on Estate cases.

## Experience:

- 30 years of Law Enforcement and Investigative Experience
- State of Florida Licensed Private Investigator Agency Owner with Class A, C and G Licenses
- Managed and owned businesses with yearly gross figures over $5m
- Over 10,000 hours as a Professional Pilot
- Lifetime residents of Sarasota County, Florida (52 Years)

## Receiverships:

- *Securities and Exchange Commission v. Arthur Nadel, Scoop Capital, LLC, et al., Case No.: 8:09-cv-87-T-26TBM.*
- *FTC v. Mortgage Foreclosure Solutions et al., Case No. 8:08-cv-388-T-23EAJ*
- *FTC v. National Solutions, et al., Case No. 6:11-cv-1131-ORL-22GJK.*
- *State of Florida, Office of Financial Regulation v. Tri-Med Corporation; Tri-Med Associates Inc Case No. 14-001695-CI (Fla. 6th Jud. Ct.)*
- *Office of the Attorney General, State of Florida, Department of Legal Affairs v. Map Destinations, LLC, et al.*
  Case No. 2015-CA-011413-

## Estates:

- Court Appointed Administrator for the Bogdan Jakubowski Estate
- Court Appointed Administrator for the Eula L. Dyet Estate

1

**Current and Past Principal Responsibilities:**

- Retail Stores
- Gas and Oil Company
- Gas Stations
- Cooperate Buildings
- Jewelry
- Personal Property
- Large Land Developments
- Jet Aircraft
- Airport Fixed Base Operators
- Airport Hangar Operations
- Vehicles
- Vessels
- Apartment / Condominiums
- Home Manufacturing Factory
- Single Family Residents

**References:**

- Richard L. Richards
  Board Certified in Aviation Law, RICHARDS & ASSOCIATES 232 Andalusia Avenue, Suite 202, Coral Gables, Florida 33134 Phone: 305-448-2228

- Sheriff William Cameron (Retired)
  Charlotte County Sheriff's Office 7474 Utilities Road Punta Gorda, FL 33982

- Burton Wiand
  Wiand Guerra King 5505 W. Gray Street Tampa, FL 33609 Phone: 813-347-5101

- George Guerra
  Wiand Guerra King 5505 W. Gray Street Tampa, FL 33609 Phone: 813-847-5102

- Ann Thompson
  Farr and Farr Law Firm 4130 Woodmere Park Blvd #12, Venice, FL 34293 941-484-1996

2