UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                         Case No: 8:20-cv-325-MSS-AEP

BRIAN DAVISON, BARRY M.
RYBICKI, EQUIALT LLC,
EQUIALT FUND, LLC, EQUIALT
FUND II, LLC, EQUIALT FUND III,
LLC, EA SIP, LLC, 128 E. DAVIS
BLVD, LLC, 310 78TH AVE, LLC,
551 3D AVE S, LLC, 604 WEST
AZEELE, LLC, 2101 W. CYPRESS,
LLC, 2112 W. KENNEDY BLVD,
LLC, 5123 E. BROADWAY AVE,
LLC, BLUE WATERS TI, LLC,
BNAZ, LLC, BR SUPPORT
SERVICES, LLC, BUNGALOWS TI,
LLC, CAPRI HAVEN, LLC, EA NY,
LLC, EQUIALT 519 3RD AVE S.,
LLC, MCDONALD REVOCABLE
LIVING TRUST, SILVER SANDS TI,
LLC, and TB OLDEST HOUSE EST.
1842, LLC,

    Defendants.

_____

## ORDER

THIS CAUSE comes before the Court for consideration of Plaintiff's Unopposed Motion to Stay Case for 90 Days to Allow SEC Commissioners to Consider Proposed Settlement with Defendant Brian Davison. (Dkt. 311) Plaintiff

advises that Plaintiff and Defendant Brian Davison have agreed to a proposed settlement on all claims against Defendant Brian Davison and that the proposed settlement must be approved by the five (5) Securities and Exchange Commissioners. (Id. at 1) Plaintiff further advises that if the proposed settlement is approved, the settlement will resolve the case against Defendant Brian Davison. (Id.) Plaintiff requests that the Court stay this case for ninety (90) days so that Plaintiff can seek the Commissioners' approval of the proposed settlement. (Id. at 2) Defendants do not oppose the relief sought. (Id.) Upon consideration of all relevant filings, case law, and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. Plaintiff's Unopposed Motion to Stay Case for 90 Days to Allow SEC Commissioners to Consider Proposed Settlement with Defendant Brian Davison, (Dkt. 311), is **GRANTED**.

2. The case is **STAYED** as between Plaintiff and Defendant Brian Davison ONLY. Plaintiff may reinstate this case as to Defendant Brian Davison ONLY upon proper motion at the conclusion of ninety (90) days from the date of this Order.

3. This Order shall not affect any deadlines, including quarterly reporting deadlines, or other work performed by the Receiver.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of May 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record

- 3 -

Any Unrepresented Person