# EXHIBIT 2

# Burton W. Wiand P.A.

**114 Turner Street**
**Clearwater, FL 33756**
**Phone: 727-235-6769**

Burton W. Wiand PA
**Attention: Burton W. Wiand, as Receiver**
114 Turner Street
Clearwater, FL 33756

May 16, 2022
Client:      025305
Matter:      002067
Invoice #:   20306

Page:             1

RE: SEC Receiver - SEC v. Brian Davison, et al.

For Professional Services Rendered Through March 31, 2022

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **ASDIS** | | **Asset Disposition** | | |
| 1/3/2022 | BWW | Work on tracing wire proceeds and sales accounting for Sotheby's auctions (.5); work on cancellation of Davis Island transaction (.4); communicate with purchaser's attorneys regarding same (.1); telephone conference with K. Donlon regarding same (.3); telephone conferences with T. Kelly regarding properties and Commerce Brewing (.6); review and address issues with property auction website (.3). | 2.2 | $792.00 |
| 1/4/2022 | BWW | Exchange correspondence with K. Donlon regarding auction results and wired funds from watch auction (.2). | 0.2 | $72.00 |
| 1/5/2022 | BWW | Prepare email to J. Rizzo regarding deposits for property auction (.1); communicate with K. Donlon, M. McKinley, and J. Rizzo regarding motions to approve sales of properties (.1); communicate with T. Kelly regarding property sales (.1). | 0.3 | $108.00 |
| 1/6/2022 | BWW | Review and work on matters relating to property auction (.7); complete agreement related to Davis Island properties (.5); multiple communications with T. Kelly and K. Donlon regarding same (.5); correspond with J. Rizzo and T. Kelly regarding Jasmine Way property (.1). | 1.8 | $648.00 |
| 1/8/2022 | BWW | Monitor property auction (1.5); multiple communications with S. Wiand and T. Kelly regarding same (.5). | 2.0 | $720.00 |

|  |  |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 2 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| ASDIS | Asset Disposition | | | |
| 1/11/2022 | BWW | Monitor property auction (.7); multiple communications with T. Kelly regarding same (.3); telephone conference with K. Donlon regarding same (.2); work on contract for Davis Island properties (1.0); exchange emails with W. Conroy and T. Kelly (.1); telephone conference with T. Kelly and K. Donlon regarding status of contract for 3rd Ave. property (.2); telephone conferences with S. Kelley regarding deal relating to Davis Island properties (.5); communicate with K. Donlon regarding same (.2). | 3.2 | $1,152.00 |
| 1/12/2022 | BWW | Monitor property auction (6.3). | 6.3 | $2,268.00 |
| 1/13/2022 | BWW | Work on post-auction matters (3.0); review status of offer for Jasmine Way property with T. Kelly (.2); review list of watch sales from L. Zagoory at Sotheby's (.2); prepare email to L. Zagoory regarding same (.1); attend to issues regarding Davis Island properties transaction (.2); telephone conference with S. Kelley regarding same (.2); exchange emails with K. Donlon regarding Sotheby's auctions (.1); telephone conference with S. Wiand regarding repair of safe (.2). | 4.2 | $1,512.00 |
| 1/14/2022 | BWW | Review and sign sale procedures agreements for auctioned properties (1.5); review multiple communications from J. Rizzo regarding escrow deposits, sale procedures agreements, and financing agreements for auctioned properties (.4); continue work on documentation from auction and auction issues (1.0); confer with K. Donlon regarding notice for Davis Island properties (.1). | 3.0 | $1,080.00 |
| 1/17/2022 | BWW | Review and sign sale procedures agreement for Fairfield Ave. property (.2); confer with M. McKinley and E. Tate regarding motions to approve property sales (.3); review and sign sale procedures agreement for Tampa's Oldest House (.2); work with T. Kelly regarding offers on Treasure Island properties (.3); review and make comments on purchase and sale agreement for 3rd Ave. property (1.0); review and sign addendum for Jasmine Way property (.1); telephone conference with T. Kelly regarding same (.2); exchange emails with Receiver and T. Kelly regarding potential property purchaser (.1). | 2.4 | $864.00 |
| 1/18/2022 | BWW | Telephone conferences with M. Noggle regarding closings on Tennessee properties (.6); exchange emails with K. Donlon and J. Rizzo regarding same (.1); review motion regarding Davis Island properties (.5); telephone conference with M. McKinley regarding same (.3); work with E. Tate on establishing online notary for property transactions (.5); prepare emails to J. Rizzo with copies of executed sale procedures agreements for auctioned properties (.3); telephone conference with D. Brennan and K. Donlon regarding sales tax issues (.5). | 2.8 | $1,008.00 |

|  |  |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 3 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **ASDIS** | | **Asset Disposition** | | |
| 1/19/2022 | BWW | Work on agreement for 3rd Ave. property (1.2); telephone conference with K. Johnson regarding same (.3); telephone conferences with broker J. Leal regarding property auction transactions (.3); work on completion of property transactions and review of motions to approve same (1.0); work on transactions for Davis Island properties (.5); review notice of sale (.2). | 3.5 | $1,260.00 |
| 1/24/2022 | BWW | Review revised draft of purchase and sale agreement for 3rd Ave. property (.4); telephone conference with K. Johnson regarding approval of same (.3); work on motion to approve sale of Land Rover Defender (.6); telephone conference with purchaser of Land Rover Defender regarding terms of purchase agreement and timing (.5); review inquiry from K. Morrill regarding purchase of Colonial Dr. property (.3); review T. DeCarlo's offer to purchase property (.2); review and execute sale procedures agreement for 7117 E. Bank Dr. unit 102 and send same to J. Rizzo (.1); communicate with J. Rizzo and K. Donlon regarding Sotheby's wire of funds from sale of jewelry (.1); work on acquiring paper title for Land Rover Defender (1.2). | 3.7 | $1,332.00 |
| 1/25/2022 | BWW | Work with T. Kelly on auction plans and plans for other property sales (1.5); communicate with J. Rizzo regarding status of sale of Phillips St. property (.1); communicate with J. Rizzo regarding misdirected deposit for 7143 E. Bank Dr. unit 7143 (.1). | 1.7 | $612.00 |
| 1/26/2022 | BWW | Work on issues relating to legal description of Davis Island properties and revision of motion to approve sale of same (.6); review proposed motion to approve sale of same (.3); receive and execute addendum for same (.1). | 1.0 | $360.00 |
| 1/27/2022 | BWW | Telephone conference with T. Kelly regarding potential purchasers of Colonial Dr. property (.2); review and sign documents for transfer of Sothebys funds (.2); review issues regarding taxes on Tampa's Oldest House (.3). | 0.7 | $252.00 |
| 1/28/2022 | BWW | Review Court's order approving sale of Land Rover Defender (.1); telephone conference with S. Wiand regarding same (.3); telephone conference with F. Quesada regarding same (.3); prepare invoice for same (.3); attend to transfer of funds related to purchase of Bank St. property (.2). | 1.2 | $432.00 |

|  |  |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 4 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| ASDIS | Asset Disposition | | | |
| 1/31/2022 | BWW | Review emails from P. Taylor regarding procedures for funds transfers relating to closing on Gulf Blvd. property (.5); review and sign purchase and sale agreement for Treasure Island properties (.4); communicate with R. McKinley, T. Kelly, and J. Rizzo regarding same (.1); work with E. Tate on execution of documents for property sale (.5); work on sales transaction for Tampa's Oldest House (.7); review and sign contract for sale (.2); request offer from attorney D. Murray (.1). | 2.5 | $900.00 |
| 2/1/2022 | BWW | Attend to closing matters regarding 12321 Gulf Blvd. property (.2); communicate with S. Wiand regarding sale of B. Davison's Defender (.2); attend to issues relating to the Phillips St. property renovations and sale (.2). | 0.6 | $216.00 |
| 2/2/2022 | BWW | Prepare for and participate in conference call with T. Kelly and K. Johnson regarding purchase and sale agreement for 3rd Ave. property (.7); telephone call with R. Finley (.4); make notes regarding same (.1); review status of sale of 116th Ave. properties (.2); telephone conferences with T. Kelly regarding same (.3); prepare email to K. Donlon regarding same (.2); review order denying amended motion to approve sale of Davis Island properties (.3); prepare email to K. Donlon and M. McKinley regarding response to order (.1). | 2.3 | $828.00 |
| 2/7/2022 | BWW | Work on finalizing purchase and sale agreement for 3rd Ave. property (.5); work on closing for 12321 Gulf Blvd. property (.4); review and execute closing statement (.1); telephone conference with P. Taylor and T. Kelly regarding same (.2); work on completion of sale of Land Rover Defender (.3); review and execute title for same (.1); prepare invoice for same (.2); prepare email to F. Quesada with invoice (.1); meet with S. Wiand regarding sale (.3). | 2.2 | $792.00 |
| 2/8/2022 | BWW | Work on sale of U.S. Hwy. 19 Unit 114 (.5); continue to work on sale of 3rd Ave. property (.5); work on arrangements with M. Noggle for Tennessee real estate representation and real estate sale transactions (.5); review and sign purchase and sale agreement for U.S. Hwy. 19 Unit 114 (.2). | 1.7 | $612.00 |
| 2/9/2022 | BWW | Work on tracking funds from sale of watches by Sotheby's (.5); communicate with proposective purchaser for Solano Dr. property (.2). | 0.7 | $252.00 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **ASDIS** | | **Asset Disposition** | | |
| 2/10/2022 | BWW | Work on and review matters related to sale of Davis Island properties (2.1); participate in Zoom call with M. McKinley and K. Donlon regarding same (.3); work on corrective deed for 10530 77th Terrace unit 222 (.3); continue work on sale of 3rd Ave. property (.4); review emails from K. Johnson regarding same (.2); review and revise motion for sale of Davis Island properties (.5); attend to matters regarding sale of 116th St. properties (.3); arrange for execution of deed for 10530 77th Terrace unit 222 (.2). | 4.3 | $1,548.00 |
| 2/11/2022 | BWW | Meet with E. Tate and execute deed for 10530 77th Terr. Unit 222 (.3). | 0.3 | $108.00 |
| 2/14/2022 | BWW | Exchange emails with K. Donlon and S. Wiand regarding sending letters to defaulting auction purchasers (.1); attend to closing on 5930 Fairfield Ave. property (.3); telephone conference with K. Johnson regarding status of purchase and sale agreement for 3rd Ave. property (.2). | 0.6 | $216.00 |
| 2/15/2022 | BWW | Review and sign purchase and sale agreement for 3rd Ave. property (.3); communicate with K. Johnson, S. MacDonald, W. Conroy, and T. Kelly regarding same (.2); review and execute closing documents for 5930 Fairfield Ave. and 1193 88th Ave. properties (.5); prepare emails to E. Tate regarding letter concerning wire transfer to Johnson Pope for legal fees relating to sale of 3rd Ave. property (.3); work on accounting regarding Sotheby's watch sales and payments (.8); telephone conferences with K. Donlon regarding same (.2); exchange emails with K. Donlon regarding same and motion to approve sale of St. Petersburg property (.2); attend to wiring funds to Johnson Pope for 3rd Ave. property transaction (.3); attend to issues relating to sale of 29250 U.S. Hwy. 19 Unit 114. (.5). | 3.3 | $1,188.00 |
| 2/16/2022 | BWW | Confer with K. Donlon regarding revised motion to approve sale of 3rd Ave. property (.2); review and edit motion (.7); communicate with K. Donlon and T. Kelly regarding same (.3); attend to sales agreement for 3rd Ave. property (.1); review correspondence from R. Finley regarding 116th Ave. properties (.2); prepare correspondence to R. Finley regarding same (.4); telephone conference with T. Kelly regarding same (.2); work on motion to approve sale of Davis Island properties (.3); telephone conference with M. McKinley regarding same (.2); review emails from P. Bryant regarding same (.2); review payment issues relating to Sotheby's sale of watches (.5); attend to issues regarding closings on 5930 Fairfield Ave. and 88th Ave. properties (.3). | 3.6 | $1,296.00 |

|  |  |  |
|---|---|---|
| May 16, 2022 | | |
| Client: | | 025305 |
| Matter: | | 002067 |
| Invoice #: | | 20306 |
| Page: | | 6 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **ASDIS** | | **Asset Disposition** | | |
| 2/17/2022 | BWW | Revise and approve final version of motion to approve sale of Davis Island properties (1.2); review and revise motion to approve sale of 3rd Ave. property (1.0); telephone conference with R. Zirinsky of Red Apple Developers regarding potential purchase of 3rd Ave. property (.3); telephone conference with T. Kelly regarding property sales (.6). | 3.1 | $1,116.00 |
| 2/18/2022 | BWW | Review and revise new draft of motion to approve sale of Davis Island properties (.9). | 0.9 | $324.00 |
| 2/20/2022 | BWW | Continue to revise motion to approve sale of Davis Island properties (.8). | 0.8 | $288.00 |
| 2/21/2022 | BWW | Review and execute addendum to contract for sale of Phillips St. property (.3); review draft backup purchase and sale agreement for 116th Ave. properties (.3); exchange emails with T. Kelly regarding same (.3). | 0.9 | $324.00 |
| 2/23/2022 | BWW | Exchange emails with K. Donlon regarding sale of Capri Haven property (.1); review closing documents for Tennis Court Cir. and 7117 E. Bank Dr. properties and schedule execution of same (.3); work with J. Rizzo and K. Donlon on sale of B. Davison's coins (.3); work with T. Kelly on efforts to sell 3rd Ave. property (.5); work on accounting for payments from Sotheby's for watch sales (1.0). | 2.2 | $792.00 |
| 2/24/2022 | BWW | Prepare email to defaulting purchaser of 116th Ave. properties (1.2); work on sale of same (.4); continue work on accounting for payments from Sotheby's for watch sales (.5); telephone calls with HUT Contractors about purchase opportunities (.3). | 2.4 | $864.00 |
| 2/25/2022 | BWW | Work on negotiations for sale of 128 Davis Blvd. property (.7); attention to backup offer on 116th Ave. properties (.3). | 1.0 | $360.00 |
| 3/1/2022 | BWW | Work with R. Finley regarding sale of Treasure Island property (.5); telephone conference with T. Kelly regarding information request and amendment to purchase and sale agreement for same (.5); prepare email to P. Taylor regarding 25th St. properties (.1); review and execute addendum for closing extension for same (.1). | 1.2 | $432.00 |
| 3/2/2022 | BWW | Execute closing documents for 25th St. properties (.5); review and revise closing documents for Phillips St. property (.4). | 0.9 | $324.00 |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  | May 16, 2022 |  |
|  |  |  | Client: | 025305 |
|  |  |  | Matter: | 002067 |
|  |  |  | Invoice #: | 20306 |
|  |  |  | Page: | 7 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| ASDIS | | Asset Disposition | | |
| 3/3/2022 | BWW | Review email from R. Finley regarding Treasure Island property (.1); telephone conference with T. Kelly regarding same (.1); prepare email to R. Finley regarding same (.1); communicate with M. Kahn regarding sales of domains held by EquiAlt and B. Davison (.3); review order from Judge Scriven approving sale of 3rd Ave. property (.1); telephone conference with T. Kelly regarding same (.1); exchange emails with K. Donlon and W. Conroy regarding same (.1). | 0.9 | $324.00 |
| 3/4/2022 | BWW | Review and sign closing documents for 51st Ave. property (.5); review and execute rider to residential contract relating to Strain Blvd. property (.2); communicate with W. Conroy regarding dissatisfaction with delay in closing on 3rd Ave. property (.1); review and execute closing documents for 25th St. properties (.2). | 1.0 | $360.00 |
| 3/7/2022 | BWW | Telephone conference with T. Kelly regarding property sales (1.0); telephone calls with potential purchaser of 38th Ave. property (.3); telephone conference with T. Kelly regarding same (.2); exchange emails with L. Zagoory regarding sale of Rolex watches and receiving same from B. Rybicki (.2); telephone conference with potential property purchaser D. Ingle (.1); communicate with T. Kelly regarding same (.1); telephone conference with T. Kelly regarding offers on Davis Blvd. property (.2); work on motion to approve sale of Broadway Ave. property (.5). | 2.6 | $936.00 |
| 3/8/2022 | BWW | Communicate with K. Donlon regarding outstanding issues (.6); review and sign closing documents for Sandra Dr. and Strain Blvd. properties (.5); review and execute purchase and sale agreement for Davis Blvd. property (.2). | 1.3 | $468.00 |
| 3/14/2022 | BWW | Review broker price opinion matters related to Jasmine Way property (.2); communicate with P. Taylor regarding 116th Ave. properties (.2). | 0.4 | $144.00 |
| 3/17/2022 | BWW | Confer with T. Kelly regarding Silver Sands property (.2). | 0.2 | $72.00 |
| 3/18/2022 | BWW | Attend to issues related to closing on 3rd Ave. property (.5); work on resolving tax and corporate issues related to sale of Tennessee properties (.6). | 1.1 | $396.00 |

|  |  |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 8 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| ASDIS | Asset Disposition | | | |
| 3/21/2022 | BWW | Work on sale of 128 E. Davis Blvd. property (.7); attention to cancellation of prior purchase and sale agreement and review and execution of new agreement for same (.3); review and revise motion to approve sale of Broadway Ave. property (.8); telephone conference with T. Kelly regarding operational and property sales issues (.5); work with F. Hammer regarding listing for 3rd Ave. property (.5); work on corporate documentation matters in connection with property sales (.2); telephone conference with T. Kelly regarding same (.2); exchange emails with S. Scott regarding same (.2). | 3.4 | $1,224.00 |
| 3/22/2022 | BWW | Work with T. Kelly on potential sale of Silver Sands property (.8); telephone call with T. Kelly regarding property sales (.3); review offers for 3rd Ave. property (.4); review status of sale of Tennessee property (.1); review status of sale of Jasmine Way property (.1); review status of sale of Broadway Ave. property (.1); telephone conference with L. Zagoory regarding auction matters and proposed sales including DeWitt watch and sports memorabilia assets (.4); telephone conference with S. Wiand regarding progress of safe repair (.2); review communications from J. Rizzo regarding listing agents for B. Rybicki's properties (.2). | 2.6 | $936.00 |
| 3/23/2022 | BWW | Telephone conference with T. Kelly regarding new letter of intent for 3rd Ave. property (.5); review same (1.0); communicate with K. Donlon regarding watches and 3rd. Ave. property (.2); work with Sotheby's on private watch sale (.3); prepare letter for potential purchasers of St. Petersburg property (.3); telephone conference with K. Donlon regarding same (.1). | 2.4 | $864.00 |
| 3/24/2022 | BWW | Telephone conferences with T. Kelly regarding operations issues and property sales (1.0); telephone conference with J. Wittner regarding 3rd Ave. property (.2); work on closing on 86th Terrace property (1.0); review closing documents for 18th St. property (.3); review and sign settlement statement for 14th St. property and forward to T. Kelly and J. Rizzo (.2); review and evaluate emails related to listing B. Rybicki's properties (.4); exchange emails with J. Rizzo regarding same (.2). | 3.3 | $1,188.00 |
| 3/25/2022 | BWW | Work on purchase and sale agreement for 12315 Gulf Blvd. property (.3); telephone conferences with T. Kelly regarding same (.3); prepare email to C. Alves regarding same (.1); attend inspection of 3rd Ave. property (1.5); meet with T. Kelly regarding same (.8); confer with C. Alves regarding revision of purchase and sale agreement for 12315 Gulf Blvd. property (.3); send revised agreement to C. Alves (.1). | 3.4 | $1,224.00 |

|  |  |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 9 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **ASDIS** | | **Asset Disposition** | | |
| 3/29/2022 | BWW | Review and sign closing statements for three properties (.5). | 0.5 | $180.00 |
| 3/30/2022 | BWW | Work on sales of 118 S. Westland Ave., Broadway Ave., and Jasmine Way properties (1.0). | 1.0 | $360.00 |
| 3/31/2022 | BWW | Review with T. Kelly information regarding proposals for sale of 3rd Ave. property (.2); exchange emails with T. Kelly regarding same (.2); exchange emails with J. Rizzo regarding listing agent for B. Rybicki's properties (.2); confer with K. Donlon regarding Davis Island properties (.1). | 0.7 | $252.00 |
| | | **Total: Asset Disposition** | **100.50** | **$36,180.00** |
| **ASSET** | | **Asset Analysis and Recovery** | | |
| 1/3/2022 | BWW | Review B. Davison's objection to motion to lift stay for investor suit (.3); prepare comments to same and forward to K. Donlon (.2); telephone conference with A. Friedman regarding issues related to B. Davison and Arizona cooperation (.3); prepare for and participate in telephone conference with K. Donlon regarding issues related to B. Davison and investors, lawyers for Davis Island property transaction, internet assignments, and scheduling mediation (.5). | 1.3 | $468.00 |
| 1/8/2022 | BWW | Review declaration for reply to motion for leave to file investor actions (.5). | 0.5 | $180.00 |
| 1/18/2022 | BWW | Prepare for and participate in Zoom call regarding settlement documents for DLA/Fox lawsuit (1.8); confer with K. Donlon regarding status (.5). | 2.3 | $828.00 |
| 1/20/2022 | BWW | Confer with K. Donlon regarding B. Davison's settlement agreement (.2). | 0.2 | $72.00 |
| 1/27/2022 | BWW | Review documentation regarding SEC's settlement relating to bar issue (.2); forward same to G. Burns, S. Ilgenfritz, and K. Donlon (.1). | 0.3 | $108.00 |
| 1/28/2022 | BWW | Review and comment on settlement documents relating to B. Davison (1.0). | 1.0 | $360.00 |
| 1/29/2022 | BWW | Telephone conference with A. Friedman regarding negotiations with B. Davison (.2); exchange emails with K. Donlon and B. Davison's counsel (.1); attend meeting with B. Davison's counsel (.5); participate in conference call with A. Friedman and S. Ilgenfritz regarding B. Davison (.2). | 1.0 | $360.00 |
| 1/31/2022 | BWW | Review settlement documents regarding B. Davison (.5); confer with K. Donlon regarding same (.1); review settlement documents regarding DLA/Fox litigation (.5). | 1.1 | $396.00 |

|  |  |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 10 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **ASSET** | | **Asset Analysis and Recovery** | | |
| 2/1/2022 | BWW | Communicate with A. Friedman regarding B. Davison settlement (.1); review settlement documents in DLA/Fox case (.1); exchange emails with S. Ilgenfritz, K. Donlon, and G. Burns regarding same (.1); attend Zoom conference with G. Burns, K. Donlon, and S. Ilgenfritz regarding same (1.2). | 1.5 | $540.00 |
| 2/2/2022 | BWW | Conference call with class action attorneys in DLA/Fox case (.4); review settlement documents for same (.3); telephone conference with S. Ilgenfritz, G. Burns and K. Donlon regarding same (.2). | 0.9 | $324.00 |
| 2/9/2022 | BWW | Exchange emails with K. Phelps regarding settlement of DLA/Fox lawsuit (.2). | 0.2 | $72.00 |
| 2/10/2022 | BWW | Review joint motion for stay in California in DLA/Fox case (.3). | 0.3 | $108.00 |
| 2/14/2022 | BWW | Telephone conference with S. Ilgenfritz regarding list of individuals who submitted claims for payment as it related to notice for law firm settlement (.2). | 0.2 | $72.00 |
| 2/17/2022 | BWW | Telephone conference with K. Donlon regarding B. Davison's request to lift asset freeze (.5); review release signed by B. Davison in Wassgren action (.2); exchange emails with K. Donlon and A. Friedman regarding same (.3); confer with K. Donlon regarding non-investor claim submissions as it relates to notice of law firm settlement (.2). | 1.2 | $432.00 |
| 2/24/2022 | BWW | Confer with K. Donlon regarding draft judgment for B. Rybicki (.2). | 0.2 | $72.00 |
| 2/25/2022 | BWW | Work on arrangements for turnover of B. Rybicki's property pursuant to assignment (.5); participate in conference call with A. Friedman relating to settlement in DLA/Fox case (1.0). | 1.5 | $540.00 |
| 2/28/2022 | BWW | Confer with K. Donlon regarding B. Rybicki's assignment (.3); review and execute settlement agreement in DLA/Fox case (.2). | 0.5 | $180.00 |
| 3/1/2022 | BWW | Review and comment on new draft of assignment for B. Rybicki's assets (.5); review and comment on proposed judgment for B. Rybicki (.4); send same to K. Donlon (.1); work with K. Donlon and J. Rizzo regarding arrangements for turnover of B. Rybicki's property (.2). | 1.2 | $432.00 |
| 3/2/2022 | BWW | Review and revise agreement with R. Rybicki (.4); communicate with K. Donlon regarding same (.2); work with J. Rizzo and K. Donlon regarding B. Rybicki's turnover of property (1.0). | 1.6 | $576.00 |
| 3/4/2022 | BWW | Confer with K. Donlon regarding B. Rybicki's turnover of assets (.3). | 0.3 | $108.00 |

Case 8:20-cv-00325-MSS-MRM   Document 572-2   Filed 05/16/22   Page 12 of 20 PageID 11631

| | |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 11 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **ASSET** | **Asset Analysis and Recovery** | | | |
| 3/7/2022 | BWW | Work on B. Rybicki's closing and property delivery (.1); telephone conference with M. Dottore and H. Berkson regarding potential claim against investment advisory firm Wealth Watch (.2); prepare emails to K. Donlon regarding same (.1); review email from M. Schaub regarding B. Rybicki (.1); telephone conference with K. Donlon regarding same (.1); communicate with A. Johnson regarding EquiAlt's applications for SBA loans (.2). | 0.8 | $288.00 |
| 3/9/2022 | BWW | Communicate with J. Rizzo and K. Donlon regarding R. Rybicki's agreement and tax issues (.2). | 0.2 | $72.00 |
| 3/14/2022 | BWW | Work on arranging means of transporting B. Rybicki's vehicles from Phoenix to Tampa (.5). | 0.5 | $180.00 |
| 3/15/2022 | BWW | Work on arranging transport of B. Rybicki's vehicles to Florida (1.0). | 1.0 | $360.00 |
| 3/17/2022 | BWW | Communicate with H. Berkson regarding vicitim documents for arbitration matter (.2); confer with K. Donlon regarding SEC's opposition to B. Rybicki's request for fees (.2). | 0.4 | $144.00 |
| 3/18/2022 | BWW | Review B. Rybicki's attorney's fee application and SEC's response to same (.1); confer with K. Donlon regarding same (.4). | 0.5 | $180.00 |
| 3/20/2022 | BWW | Review drafts of opposition to B. Rybicki's fee application (.5); confer with K. Donlon regarding same (.3). | 0.8 | $288.00 |
| 3/22/2022 | BWW | Work on turnover of B. Rybicki's assets and related issues and documents (.5); review emails regarding B. Rybicki's most recent revisions to settlement documents (.2). | 0.5 | $180.00 |
| 3/24/2022 | BWW | Work on turnover issues related to B. Rybicki's assignment (.5); dictate memorandum (.3). | 0.8 | $288.00 |
| 3/25/2022 | BWW | Attend to settlement agreements in DLA/Fox case (1.0); confer with S. Ilgenfritz regarding submission of releases to defense attorneys (.2). | 1.2 | $432.00 |
| 3/29/2022 | BWW | Prepare for and participate in conference call with Arizona team regarding delivery of real property by B. Rybicki (1.0); participate in conference call with K. Donlon, J. Rizzo, R. Jernigan, A. Baskin, M Milovic, and C. McDonald regarding B. Rybicki's turnover of assets (.7). | 1.7 | $612.00 |
| 3/30/2022 | BWW | Attend to matters related to B. Rybicki's property transfer (.8); review documents related to Land Rover Defender and Porsche (.2). | 1.0 | $360.00 |
| | | **Total: Asset Analysis and Recovery** | **26.70** | **$9,612.00** |
| **BUSIN** | **Business Operations** | | | |
| 1/14/2022 | BWW | Review express charges for credit cards bills (.3). | 0.3 | $108.00 |

|  |  |  |
|---|---|---|
| May 16, 2022 | | |
| Client: | | 025305 |
| Matter: | | 002067 |
| Invoice #: | | 20306 |
| Page: | | 12 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **BUSIN** | | **Business Operations** | | |
| 1/16/2022 | BWW | Exchange emails with tenant C. Butts regarding complaint (.3). | 0.3 | $108.00 |
| 1/17/2022 | BWW | Review credit card statements (.2). | 0.2 | $72.00 |
| 1/18/2022 | BWW | Communicate with T. Kelly regarding operations (.3); review AppFolio and approve payables (.5). | 0.8 | $288.00 |
| 1/19/2022 | BWW | Prepare agenda for operations meeting (1.0); confer with K. Donlon regarding same (.2); attend operations meeting via Zoom (2.2); review report and emails from T. Kruger and D. Ochstein regarding Commerce Brewing's operations (.5); review Commerce Brewing's accounting information from E. Takemori (.2). | 4.1 | $1,476.00 |
| 1/24/2022 | BWW | Meet with T. Kelly regarding operational issues and business structuring plans (1.6); telephone conference with W. Price (.4); review AppFolio and approve payables (.8); communicate with T. Kelly and J. Rizzo regarding filing notice for annual report for 2112 W. Kennedy Blvd. LLC (.1). | 2.9 | $1,044.00 |
| 1/25/2022 | BWW | Meet with B. Price and T. Kelly regarding transfer of management functions (2.0); communicate with J. Rizzo regarding approval of wire transfer (.1). | 2.1 | $756.00 |
| 1/28/2022 | BWW | Attend to W-9 for S. Scott (.2); review and authorize funding of EquiAlt payroll account (.2). | 0.4 | $144.00 |
| 1/29/2022 | BWW | Attend Zoom meeting regarding operation of Commerce Brewing (1.2); attend to issues relating to maintenance of corporate entities (.5). | 1.7 | $612.00 |
| 1/31/2022 | BWW | Communicate with J. Rizzo and E. Tate regarding annual report for FL DAV, LLC (.1). | 0.1 | $36.00 |
| 2/1/2022 | BWW | Communicate with T. Kelly and D. Stoddard regarding personnel matter (.2); communicate with J. Rizzo regarding approval of funds transfer for payroll (.1). | 0.3 | $108.00 |
| 2/2/2022 | BWW | Telephone conference with D. Stoddard regarding termination and duties through end of employment (.2); exchange emails with D. Stoddard regarding same and related issues (.3); communicate with J. Rizzo regarding approval of transfer of funds to Najmy Thompson (.1). | 0.6 | $216.00 |
| 2/3/2022 | BWW | Visit and inspect Commerce Brewery (1.2); review financials for same and prepare for meeting regarding same (.5). | 1.7 | $612.00 |

Case 8:20-cv-00325-MSS-MRM   Document 572-2   Filed 05/16/22   Page 14 of 20 PageID 11633

|  |  |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 13 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **BUSIN** | | **Business Operations** | | |
| 2/7/2022 | BWW | Participate in Zoom call regarding accounting (.5); work on credit card arrangements for EquiAlt expenses (.2); telephone conference with D. Stoddard regarding same (.2); exchange emails with J. Rizzo regarding same (.2); telephone conference with M. Mueller regarding representation of D. Stoddard (.2); telephone conference with D. Stoddard regarding same (.2); prepare email to K. Donlon regarding same (.1). | 1.6 | $576.00 |
| 2/8/2022 | BWW | Communicate with T. Kelly relating to drone disposal at Bolero Snort Brewery (.2). | 0.2 | $72.00 |
| 2/10/2022 | BWW | Work with T. Kelly on property repair matters and issues related to R. Finley (1.0); attend to citation on 4803 35th Cir. property (.1); telephone conference with T. Kelly regarding same (.1); exchange emails with T. Kelly regarding same (.1); attend to lien matter from Hillsborough County relating to 4803 35th Cir. property (.1); prepare emails to J. Rizzo and T. Kelly regarding same (.1). | 1.5 | $540.00 |
| 2/11/2022 | BWW | Attention to arrangements relating to new credit cards for company operations (.3). | 0.3 | $108.00 |
| 2/14/2022 | BWW | Review emails from T. Kelly and P. Taylor regarding closing permit on 88th Ave. property (.2); review and approve turnover repairs for eight properties (.3); telephone conference with T. Kelly regarding operations matters (.2); review and approve payables through AppFolio (.2); telephone conference with G. Heinhold regarding communications with B. Ferguson (.2); telephone call with D. Stoddard regarding schedules for Commerce Brewing capital expenditure reimbursements (.3); communicate with M. Lockwood regarding approval of third-party invoices (.1). | 1.5 | $540.00 |
| 2/15/2022 | BWW | Telephone call with T. Kelly regarding 3rd Ave. property and operational matters (.3); review and approve rehabilitation projects for Overlook Dr., Villa Rosa St., and Parkside Dr. properties (.3); prepare agenda for operations meeting (.5); attend to AppFolio payables (.3). | 1.4 | $504.00 |
| 2/16/2022 | BWW | Prepare for and participate in operations meeting (2.3); work with T. Kelly on property sales and maintenance projects (.5); review financial information from E. Takamori relating to Commerce Brewery (.3). | 3.1 | $1,116.00 |
| 2/17/2022 | BWW | Work with G. Heinhold of PDR regarding accounting changes (.3). | 0.3 | $108.00 |
| 2/21/2022 | BWW | Attend to update of EA SIP Nevada registrations (.4). | 0.4 | $144.00 |
| 2/22/2022 | BWW | Communicate with J. Rizzo regarding approval of fund transfers in connection with property sales (.1). | 0.1 | $36.00 |
| 2/24/2022 | BWW | Communicate with J. Rizzo regarding approval of funds transfers (.1). | 0.1 | $36.00 |

Case 8:20-cv-00325-MSS-MRM   Document 572-2   Filed 05/16/22   Page 15 of 20 PageID 11634

| | |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 14 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **BUSIN** | | **Business Operations** | | |
| 2/26/2022 | BWW | Communicate with R. Rohr regarding transactions for websites (.3); attend to personnel matters relating to D. Stoddard's termination and severance (.5); communicate with G. Heinhold with PDR regarding weekly cash flow reports (.3); attention to credit card balances and authorization of payments (.2); review matters regarding corporate filings and documentation (.2); communicate with J. Rizzo regarding same (.2). | 1.7 | $612.00 |
| 2/28/2022 | BWW | Communicate with J. Rizzo regarding depositing refund check from GEICO (.1); communicate with J. Rizzo regarding approval of funds transfer for credit card paydown (.1); communicate with J. Rizzo regarding stop payment request for check to vendor (.1). | 0.3 | $108.00 |
| 3/1/2022 | BWW | Telephone conference with D. Lee of the Better Business Bureau (.2). | 0.2 | $72.00 |
| 3/2/2022 | BWW | Review Commerce Brewing's financials (.3); review weekly cash report (.2); review and approve payables through AppFolio and fund transfer (.5). | 1.0 | $360.00 |
| 3/3/2022 | BWW | Telephone conference with T. Kelly regarding operations, property sales, and personnel matters (1.0); authorize paydown of credit card (.1). | 1.1 | $396.00 |
| 3/4/2022 | BWW | Review email from E. Tate regarding corporate filings (.1); prepare email to J. Rizzo and E. Tate regarding same (.2). | 0.3 | $108.00 |
| 3/7/2022 | BWW | Work with T. Kelly regarding spreadsheet of corporations' registration statuses (.3). | 0.3 | $108.00 |
| 3/8/2022 | BWW | Review weekly cash flow report (.2); review email regarding registration of EA SIP TN Holdings LLC in Tennessee and problems with Department of Revenue (.1); telephone conference with T. Kelly regarding same (.1); email to W. Price regarding same (.1). | 0.5 | $180.00 |
| 3/11/2022 | BWW | Communicate with G. Heinhold and J. Rizzo regarding payroll procedures (.2). | 0.2 | $72.00 |
| 3/16/2022 | BWW | Attend operations meeting (2.0). | 2.0 | $720.00 |
| 3/23/2022 | BWW | Review and approve payables in AppFolio (.5); telephone conference with T. Kelly regarding same (.1); exchange emails regarding scheduling operations meeting (.1). | 0.7 | $252.00 |
| 3/27/2022 | BWW | Prepare agenda for operations meeting (1.0). | 1.0 | $360.00 |
| 3/28/2022 | BWW | Prepare for and participate in operations meeting via Zoom (3.0). | 3.0 | $1,080.00 |
| 3/29/2022 | BWW | Work on accounting matters, fund transers, and closing accounts (.3). | 0.3 | $108.00 |

Case 8:20-cv-00325-MSS-MRM   Document 572-2   Filed 05/16/22   Page 16 of 20 PageID 11635

| | |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 15 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **BUSIN** | | **Business Operations** | | |
| 3/30/2022 | BWW | Receive and review financials for Commerce Brewery (.2); telephone call with T. Kelly regarding operations (.5). | 0.7 | $252.00 |
| 3/31/2022 | BWW | Communicate with K. Donlon regarding attorney's fees for T. Kelly (.2). | 0.2 | $72.00 |
| | | **Total: Business Operations** | **39.50** | **$14,220.00** |
| **CASE** | | **Case Administration** | | |
| 1/18/2022 | BWW | Meet with E. Tate regarding case management matters (.5). | 0.5 | $180.00 |
| 1/26/2022 | BWW | Review and revise 8th quarterly status report (.9); forward same to K. Donlon (.1). | 1.0 | $360.00 |
| 1/31/2022 | BWW | Review disclosure of 3rd Ave. property transaction in status report and confer with counsel regarding same (.5); confer with K. Donlon regarding filing of status report (.2). | 0.7 | $252.00 |
| | | **Total: Case Administration** | **2.20** | **$792.00** |
| **CLAIM** | | **Claims Administration and Objections** | | |
| 1/7/2022 | BWW | Exchange emails with M. Lockwood regarding status of claims review process (.1). | 0.1 | $36.00 |
| 1/24/2022 | BWW | Exchange emails with M. Lockwood regarding status of claims review process (.1). | 0.1 | $36.00 |
| 1/25/2022 | BWW | Receive and review spreadsheet of claims received (1.0). | 1.0 | $360.00 |
| 1/27/2022 | BWW | Review information regarding inquiry of investor B.S. (.2). | 0.2 | $72.00 |
| 2/21/2022 | BWW | Attend to claims review matters (.9); communicate with M. Lockwood regarding same (.1). | 1.0 | $360.00 |
| 2/22/2022 | BWW | Review outstanding claims (.9); exchange emails with M. Lockwood regarding same (.1). | 1.0 | $360.00 |
| 3/3/2022 | BWW | Review information and charts from M. Lockwood regarding outstanding issues in claims process (.8); prepare emails to K. Donlon, M. Lockwood and M. Gura regarding same (.2). | 1.0 | $360.00 |
| 3/8/2022 | BWW | Review detailed email from M. Lockwood regarding claims process and progress of same (.3); prepare for and participate in Zoom call with claims team regarding claims process (1.2). | 1.5 | $540.00 |
| 3/17/2022 | BWW | Attend to party claim form and investor contact matters (.3). | 0.3 | $108.00 |
| 3/21/2022 | BWW | Review letters to late or non-filing investors (.3); communicate with M. Lockwood regarding same (.2); telephone conference with B. Rybicki, Sr. regarding Receivership and claims process (.2). | 0.7 | $252.00 |

Case 8:20-cv-00325-MSS-MRM   Document 572-2   Filed 05/16/22   Page 17 of 20 PageID 11636

| | |
|---|---|
| May 16, 2022 | |
| Client: | 025305 |
| Matter: | 002067 |
| Invoice #: | 20306 |
| Page: | 16 |

## SERVICES

| Date | TKPR | Description of Services | Hours | Amount |
|---|---|---|---|---|
| **CLAIM** | | **Claims Administration and Objections** | | |
| 3/22/2022 | BWW | Telephone conference with M. Lockwood regarding revised letter and mailing (.2); review claims materials and emails from M. Lockwood (.3). | 0.5 | $180.00 |
| 3/23/2022 | BWW | Work on documents relating to accounting and investors (.5); telephone conference with investor D.O. (.2). | 0.7 | $252.00 |
| 3/24/2022 | BWW | Telephone conference with B. Rybicki, Sr. regarding Receivership claims process and action items (.2); telephone call with R. Wales regarding B. Rybicki and status of claims process (.2). | 0.4 | $144.00 |
| | | **Total: Claims Administration and Objections** | **8.50** | **$3,060.00** |
| **WFEE** | | **Work on Fees Motions** | | |
| 2/11/2022 | BWW | NO CHARGE: Communicate with M. Lockwood regarding preparation of motion for fees (.2). | 0.2 | $0.00 |
| 2/14/2022 | BWW | NO CHARGE: Review legal bills for outside attorneys and submissions to court for authorization of payment of same (.5). | 0.5 | $0.00 |
| | | **Total: Work on Fees Motions** | **0.70** | **$0.00** |
| | | **Total Professional Services** | **178.1** | **$63,864.00** |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| **E107** | **Del. Services/Messengers** | |
| 11/18/2021 | Burton W Wiand PA- Federal Express- FedEx - Closing Documents New York Apartment | $55.47 |
| 12/2/2021 | Burton W Wiand PA- Federal Express- FedEx - Volcan Affidavit in Support of Attorney's Fees and Costs; Claim Forms | $57.82 |
| 12/19/2021 | Burton W Wiand PA- Federal Express- FedEx- Claim Forms to Kacy Donlon and Affidavit of Lost Membership Certificate re: sale of 12100 Seminole #312 to Najmy Thompson | $57.16 |
| 12/21/2021 | Burton W Wiand PA- Federal Express- FedEx - Claim Forms to Kacy Donlon | $57.82 |
| 1/21/2022 | Burton W Wiand PA- Federal Express- FedEx - Claims forms to Omni Agent Solutions | $56.18 |
| 3/4/2022 | Burton W Wiand PA- Federal Express- FedEx - Rybicki Assignment sent to Kacy Donlon | $31.12 |

May 16, 2022
Client:     025305
Matter:     002067
Invoice #:  20306

Page:       17

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| **E110** | **Out of Town Travel** | |
| 11/23/2021 | Burton W Wiand PA- Travel- Southwest Airlines - Trip to New York to Attend Sotheby's Watch Auction | $312.97 |
| 12/8/2021 | Burton W Wiand PA- Travel- Curb Svc Long Island - Trip to New York to Attend Sotheby's Watch Auction | $48.10 |
| 12/8/2021 | Burton W Wiand PA- Travel- Eat Here Now - Trip to New York to Attend Sotheby's Watch Auction | $42.30 |
| 12/9/2021 | Burton W Wiand PA- Travel- Masala King Indian - Trip to New York to Attend Sotheby's Watch Auction | $61.16 |
| 12/9/2021 | Burton W Wiand PA- Travel- Curb Svc Long Island - Trip to New York to Attend Sotheby's Watch Auction | $18.30 |
| 12/9/2021 | Burton W Wiand PA- Travel- NYC Taxi - Trip to New York to Attend Sotheby's Watch Auction | $17.30 |
| 12/10/2021 | Burton W Wiand PA- Travel- Curb Svc Long Island - Trip to New York to Attend Sotheby's Watch Auction | $48.35 |
| 12/10/2021 | Burton W Wiand PA- Travel- Tampa Int'l Airport - Trip to New York to Attend Sotheby's Watch Auction | $72.00 |
| **E123** | **Web-Related Expenses** | |
| 10/1/2021 | Burton W Wiand PA- Web-related expenses- Spectrum Net Designs  - Auction Website | $250.00 |
| 11/1/2021 | Burton W Wiand PA- Web-related expenses- Spectrum Net Designs - Auction Website | $250.00 |
| 12/1/2021 | Burton W Wiand PA- Web-related expenses- Spectrum Net Designs - Auction Website | $250.00 |
| 1/1/2022 | Burton W Wiand PA- Web-related expenses- Spectrum Net Designs - Auction Website | $250.00 |
| 2/1/2022 | Burton W Wiand PA- Web-related expenses- Spectrum Net Designs - Auction Website | $250.00 |
| 3/1/2022 | Burton W Wiand PA- Web-related expenses- Spectrum Net Designs - Auction Website | $250.00 |
| **E124** | **Other** | |
| 10/23/2021 | Burton W Wiand PA- Miscellaneous- GEICO - Insurance Premium for Vehicle | $135.41 |
| 11/23/2021 | Burton W Wiand PA- Miscellaneous- GEICO - Insurance Premium for Vehicle | $135.41 |
| 11/29/2021 | Burton W Wiand PA- Miscellaneous- Florida Main Movers - Moving Services | $103.50 |
| 11/30/2021 | Burton W Wiand PA- Miscellaneous- Florida Main Movers - Moving Services | $618.93 |

Case 8:20-cv-00325-MSS-MRM   Document 572-2   Filed 05/16/22   Page 19 of 20 PageID 11638

|  |  |  |
|---|---|---|
|  | May 16, 2022 |  |
|  | Client: | 025305 |
|  | Matter: | 002067 |
|  | Invoice #: | 20306 |
|  | Page: | 18 |

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| **E124** **Other** | | |
| 12/23/2021 | Burton W Wiand PA- Miscellaneous- GEICO - Insurance Premium for Vehicle | $134.21 |
| 12/28/2021 | Burton W Wiand PA- Miscellaneous- Ronda Simmons - Remote Online Notary Services for Real Estate Closing | $150.00 |
| 1/24/2022 | Burton W Wiand PA- Miscellaneous- FL License/Tag Renewal - New title for Defender | $12.50 |
| | **Total Disbursements** | **$3,726.01** |

|  |  |
|---|---|
| Total Services | $63,864.00 |
| Total Disbursements | $3,726.01 |
| Total Current Charges | $67,590.01 |
| Previous Balance | $204,629.67 |
| *Less Payments* | *($102,310.47)* |
| **PAY THIS AMOUNT** | **$169,909.21** |

May 16, 2022
Client: 025305
Matter: 002067
Invoice #: 20306

Page: 19

**TASK RECAP**

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Project No.** | **Hours** | **Amount** | **Project No.** | **Amount** |
| ASDIS - ASDIS | 100.50 | $36,180.00 | Del. Services/Messengers | $315.57 |
| ASSET - ASSET | 26.70 | $9,612.00 | Out of Town Travel | $620.48 |
| BUSIN - BUSIN | 39.50 | $14,220.00 | Web-Related Expenses | $1,500.00 |
| CASE - CASE | 2.20 | $792.00 | Other | $1,289.96 |
| CLAIM - CLAIM | 8.50 | $3,060.00 | | $0.00 |
| WFEE - WFEE | 0.70 | $0.00 | | $0.00 |
| | 178.10 | $63,864.00 | | $3,726.01 |

**BREAKDOWN BY PERSON**

| Person | | Project No. | Hours | Amount |
|---|---|---|---|---|
| BWW | Burton W. Wiand | ASDIS - ASDIS | 100.50 | $36,180.00 |
| BWW | Burton W. Wiand | ASSET - ASSET | 26.70 | $9,612.00 |
| BWW | Burton W. Wiand | BUSIN - BUSIN | 39.50 | $14,220.00 |
| BWW | Burton W. Wiand | CASE - CASE | 2.20 | $792.00 |
| BWW | Burton W. Wiand | CLAIM - CLAIM | 8.50 | $3,060.00 |
| BWW | Burton W. Wiand | WFEE - WFEE | 0.70 | $0.00 |
| | | | 178.10 | $63,864.00 |