UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                   Case No: 8:20-cv-325-MSS-MRM

BRIAN DAVISON, BARRY M.
RYBICKI, EQUIALT LLC,
EQUIALT FUND, LLC, EQUIALT
FUND II, LLC, EQUIALT FUND III,
LLC, EA SIP, LLC, 128 E. DAVIS
BLVD, LLC, 310 78TH AVE, LLC,
551 3D AVE S, LLC, 604 WEST
AZEELE, LLC, 2101 W. CYPRESS,
LLC, 2112 W. KENNEDY BLVD,
LLC, 5123 E. BROADWAY AVE,
LLC, BLUE WATERS TI, LLC,
BNAZ, LLC, BR SUPPORT
SERVICES, LLC, BUNGALOWS TI,
LLC, CAPRI HAVEN, LLC, EA NY,
LLC, EQUIALT 519 3RD AVE S.,
LLC, MCDONALD REVOCABLE
LIVING TRUST, SILVER SANDS TI,
LLC, TB OLDEST HOUSE EST.
1842, LLC and STATE OF FLORIDA
DBPR, DIVISION OF HOTELS AND
RESTAURANTS,

    Defendants.

_____

## **ORDER**

    **THIS CAUSE** comes before the Court for consideration of Plaintiff Securities and Exchange Commission's Agreed Order Extending and Modifying Asset Freeze.

1

(Dkt. 746). Pursuant to 28 U.S.C. § 636, this Court **REFERS** the above-mentioned request and the objection filed in opposition thereto, (Dkt. 754), to the Honorable Magistrate Judge Mac R. McCoy for entry of an Order or Report and Recommendation, as appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of January 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person