UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                  Case No. 8:20-cv-00325-MSS-MRM

BRIAN DAVISON;
BARRY M. RYBICKI;
EQUIALT LLC;
EQUIALT FUND, LLC;
EQUIALT FUND II, LLC;
EQUIALT FUND III, LLC;
EA SIP, LLC;

    Defendants, and

128 E. DAVIS BLVD, LLC, et al.,

    Relief Defendants.
_____/

## ORDER

    **THIS CAUSE** comes before the Court for consideration of the Receiver's Unopposed Motion to Approve the Private Sale of Property Located at 2808 Cason Lane, Murfreesboro, Tennessee 37128 (the "Property"). (Dkt. 745). At the request of the Securities and Exchange Commission ("SEC"), the Court appointed the Receiver on February 14, 2020 and directed him, in relevant part, to "[t]ake immediate possession of all property, assets and estates of every kind of the Corporate Defendants and Relief Defendants," which includes "all real property of the Corporate Defendants

1

and Relief Defendants, wherever situated, and to administer such assets as is required in order to comply with the directions contained in this Order." (Dkt. 11).

The Receiver requests that the Court approve the sale of the Property to Laurence W. Schwartz. (Dkt. 745). The SEC consents to the relief sought in the Motion and waives any right to appeal an Order granting this Motion. (Id.) The Receiver provided the Purchase and Sale Agreement for the Court's review. (Dkt. 745-1).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Receiver's Motion, (Dkt. 745), is **GRANTED**.

2. Transfer of title to the Property located at 2808 Cason Lane, Murfreesboro, Tennessee 37128, better known as Rutherford County Property Assessor's Parcel Number: 124C-A-003.00-000 to Laurence W. Schwartz is **APPROVED**. The Property's legal description is as follows:

> Land in Rutherford County, Tennessee, being Lot No. 196, as shown on the map entitled in the Amended Final Plat, Section III, Three Rivers, a Planned Unit Development, of record in Plat Book 33, pages 245, Register's Office for Rutherford County, Tennessee, to which plan reference is hereby made for a more complete and accurate legal description.
>
> Being the same property conveyed to EQUIALT FUND, LLC, by deed from NASON HOMES, LLC, of record in Record Book 1634, page 2462, dated November 15, 2017, said Register's Office.

3. Said transfer shall be free of any and all liens and encumbrances.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of January 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record