UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.       Case No. 8:20-cv-00325-MSS-MRM

BRIAN DAVISON;
BARRY M. RYBICKI;
EQUIALT LLC;
EQUIALT FUND, LLC;
EQUIALT FUND II, LLC;
EQUIALT FUND III, LLC;
EA SIP, LLC;

    Defendants, and

128 E. DAVIS BLVD, LLC, et al.,

    Relief Defendants.
_____/

**RECEIVER'S UNOPPOSED MOTION TO APPROVE THE TRANSFER
OF TITLE TO THE PROPERTY LOCATED AT
<u>830 BRENTWOOD DRIVE, LAKE WALES, FLORIDA 33898</u>**

    Burton W. Wiand, as Receiver (the "**Receiver**") over the assets of the

Corporate Defendants and Relief Defendants[1] moves the Court to approve the

---

[1] The ("**Receivership**" or "**Receivership Estate**") has been expanded to include the Corporate and Relief Defendants and also the following entities: EquiAlt Qualified Opportunity Zone Fund, LP; EquiAlt QOZ Fund GP, LLC; EquiAlt Secured Income Portfolio REIT, Inc.; EquiAlt Holdings LLC; EquiAlt Property Management LLC; and EquiAlt Capital Advisors, LLC. *See* Doc. 184, at 6–7. *See also*, Doc. 284.

transfer of title to certain real property, sold at auction, free and clear of any and all liens, encumbrances, and claims. This transfer is necessary to complete the sale of the property pursuant to the auction previously approved by Order of this Court (Doc. 732).

## ARGUMENT

Pursuant to the Court-approved auction (Doc. 732), the following property, 830 Brentwood Drive, Lake Wales, Florida 33898 (the "**Property**"), has been sold to Kathryn Shevlin PA and or Assigns (the "**Buyer**"), for $183,750.00 and the Receiver desires to transfer title to the Property pursuant to the Sale Procedures Agreement attached hereto as **Exhibit 1**. This motion is necessary to facilitate the closing of this transaction and the provision of title insurance to the Buyer.[2] Granting this motion will authorize the Receiver to transfer title to Buyer, via Receiver's Deed, free and clear of any and all liens, encumbrances, and claims. The Property is free of any substantial liens or encumbrances, there is no mortgage that applies to the Property. The legal description of the property is as follows:

**WOODLAND HILLS UNIT 1 PB 43 PG 36 BLK B LOT 23**

---

[2] This motion is necessary as title insurance companies have routinely required a Court order authorizing transfer of title of properties via Receiver's Deed.

## CONCLUSION

For the foregoing reasons, the Receiver respectfully requests that this Court grant this motion and approve the transfer of title of the Property via Receiver's Deed, free and clear of any and all liens, encumbrances, and claims. Pursuant to the Court's earlier Order [Doc. 640], the Receiver has attached a proposed order as **Exhibit 2**.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for the Receiver has conferred with counsel for the SEC and the SEC consents to the relief sought herein and waives any right to appeal an Order granting this Motion.

Respectfully submitted,

**/s/ Katherine C. Donlon**
Katherine C. Donlon, FBN 0066941
kdonlon@jclaw.com
**JOHNSON, CASSIDY, NEWLON & DECORT P.A.**
3242 Henderson Blvd., Suite 210
Tampa, FL 33609
Tel: (813) 291-3300
Fax: (813) 235-0462

and

Jared J. Perez, FBN 0085192
jared.perez@jaredperezlaw.com
301 Druid Rd. W
Clearwater, FL 33759
(727) 641-6562

and

3

R. Max McKinley, FBN 119556
mmckinley@guerraking.com
**GUERRA KING P.A.**
1408 N. West Shore Blvd., Suite 1010
Tampa, FL  33607
Tel: (813) 347-5100
Fax: (813) 347-5198

*Attorneys for the Receiver Burton W. Wiand*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/ Katherine C. Donlon**
Katherine C. Donlon, FBN 0066941