# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                        **Case No. 8:20-CV-00325-MSS-MRM**

BRIAN DAVISON, et al.,

    Defendants.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Robert J. Armijo, through his counsel, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order overruling Mr. Armijo's Objection to the Proposed Bar Order and granting the Receiver and Investor Plaintiffs' Joint Motion for Final Approval of Proposed Settlements, Approval of Bar Orders, and Entry of Bar Orders, dated May 15, 2023 (Doc. 914) and the Final Order Approving Settlement Among Receiver, Investor Plaintiffs, and Paul Wassgren, DLA Piper LLP (US) and Fox Rothschild LLP, and Barring, Restraining, and Enjoining Claims Against the Attorney Released Parties, also dated May 15, 2023 (Doc. 915).

Dated: June 12, 2023                      Respectfully submitted,

                                                      */s/ Adriaen M. Morse, Jr.*
                                                      Adriaen M. Morse, Jr. (DC Bar # 483347)
                                                      *Pro Hac Vice*

SECIL Law PLLC
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
T:  (202) 417-8232
M:  (571) 314-5469
E:  amorse@secillaw.com
*Counsel for Robert Joseph Armijo*

*/s/ James A. McFaul*
James A. McFaul (Cal. Bar # 248670)
DUNN DESANTIS WALT &
KENDRICK LLP
750 B Street, Suite 2620
San Diego, CA 92101
T:  (619) 573-4488
F:  (619) 255-4868
E:  jmcfaul@ddwklaw.com
*Co-counsel for Robert Joseph Armijo*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that copies were sent, via U.S. Mail and email, to the following:

Burton W. Wiand
Law Office of Burton W. Wiand, P.A.
114 Turner Street
Clearwater, FL 33756
Burt@BurtonWWiandPA.com

Guy M. Burns
Johnson, Pope, Bokor, Ruppell & Burns, LLP
401 East Jackson Street, Suite 3100
Tampa, FL 33601
guyb@jpfirm.com

Katherine C. Donlon
Johnson, Newlon & DeCort
3242 Henderson Blvd., Suite 210
Tampa, FL 33609
kdonlon@jclaw.com

John K. Villa
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
jvilla@wc.com

Stephen C. Richman
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
srichman@gunster.com

Simon A. Gaugush
Carlton Fields
Corporate Center Three
at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
sgaugush@carltonfields.com

Howard M. Bushman
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
howard@moskowitz-law.com

Andrew S. Friedman
Bonnett, Fairbourn, Friedman & Balint, P.C.
7301 N. 16th Street, Suite 102
Phoenix, AZ 85020
afriedman@bffb.com


                                /s/ *Adriaen M. Morse Jr.*
                                Adriaen M. Morse Jr.