UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                     Case No. 8:20-cv-00325-MSS-UAM

BRIAN DAVISON;
BARRY M. RYBICKI;
EQUIALT LLC;
EQUIALT FUND, LLC;
EQUIALT FUND II, LLC;
EQUIALT FUND III, LLC;
EA SIP, LLC;

    Defendants, and

128 E. DAVIS BLVD, LLC, et al.,

    Relief Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Receiver's Unopposed Motion to Approve Settlement with Robert Joseph Armijo, Joseph Financial Investment Advisors, LLC and Joseph Financial Inc. (the "Motion"). (Dkt. 1018) The Securities and Exchange Commission does not oppose the relief requested in the Receiver's Motion. The Investor Plaintiffs join in support of the Receiver's motion. (Dkt. 1019) Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Receiver's Motion is **GRANTED.** The Court specifically

1

finds the Settlement is a fair and reasonable compromise arising from good faith and arm's length negotiations.

Accordingly, it is hereby **ORDERED** that:

1. Receiver's Unopposed Motion to Approve Settlement with Robert Joseph Armijo, Joseph Financial Investment Advisors, LLC and Joseph Financial Inc., (Dkt. 1018), is **GRANTED**.

2. The Settlement Agreement, (Dkt. 1018-2), is **APPROVED**, and shall **GOVERN** the Receiver, Investor Plaintiffs, Robert Joseph Armijo, Joseph Financial Investment Advisors, LLC and Joseph Financial Inc.'s conduct in settlement of this civil action.

3. The Receiver, Investor Plaintiffs, Robert Joseph Armijo, Joseph Financial Investment Advisors, LLC and Joseph Financial Inc. are authorized and directed to comply with the terms of the Settlement Agreement. (Dkt. 1018-2)

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of November 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person