UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.                                                  Case No. 8:20-cv-00325-MSS-MRM

**BRIAN DAVISON;
BARRY M. RYBICKI;
EQUIALT LLC;
EQUIALT FUND, LLC;
EQUIALT FUND II, LLC;
EQUIALT FUND III, LLC;
EA SIP, LLC;**

    Defendants, and

**128 E. DAVIS BLVD, LLC, et al.,**

    Relief Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Receiver's Verified Unopposed Motion to Approve Private Sale of Real Property Located at 2816 Cason Lane, Murfreesboro, Tennessee 37128 (the "Property"). (Dkt. 1062). At the request of the Securities and Exchange Commission ("SEC"), the Court appointed the Receiver on February 14, 2020 and directed him, in relevant part, to "[t]ake immediate possession of all property, assets and estates of every kind of the Corporate Defendants and Relief Defendants," which includes "all real property of the Corporate Defendants

1

and Relief Defendants, wherever situated, and to administer such assets as is required in order to comply with the directions contained in this Order." (Dkt. 11).

The Receiver requests that the Court approve the sale of the Property to Brian and Cammie Ochs. (Dkt. 1062) The SEC consents to the relief sought in the Motion and waives any right to appeal an Order granting this Motion. (Id.) The Receiver provided the Purchase and Sale Agreement for the Court's review. (Dkt. 1062-1).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Receiver's Motion, (Dkt. 1062), is **GRANTED**.

2. Transfer of title to the Property located at 2816 Cason Lane, Murfreesboro, Tennessee 37128, better known as Rutherford County Tax Parcel ID Number: 124C A 005.00 to Brian and Cammie Ochs is **APPROVED**. The Property's legal description is as follows:

> **Being the same property conveyed to EQUIALT FUND LLC, by Warranty Deed dated November 15th, 2017, of record in Record Book 1634, Page 2466, Register's Office, Rutherford County, TN.**

3. Said transfer shall be free of any and all liens and encumbrances.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of December 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person