# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 11, 2024

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 23-11979-GG
Case Style: Robert Armijo v. Burton Wiand, et al
District Court Docket No: 8:20-cv-00325-MSS-MRM

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:     404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:  404-335-6141

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-11979-GG

_____

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

BURTON W. WIAND,

          Receiver - Appellee,

INVESTOR PLAINTIFFS',
PAUL WASSGREN,
FOX ROTHSCHILD LLP,
DLA PIPER LLP,

          Movants - Appellees,

versus

BRIAN DAVISON, et al.,

          Defendants,

ROBERT J. ARMIJO,

          Movant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: The "Stipulation of Dismissal," construed as a joint motion for voluntary dismissal of the appeal, is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective January 11, 2024.

DAVID J. SMITH<br>
Clerk of Court of the United States Court<br>
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION