UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.                                          Case No. 8:20-cv-00325-MSS-NHA

**BRIAN DAVISON;
BARRY M. RYBICKI;
EQUIALT LLC;
EQUIALT FUND, LLC;
EQUIALT FUND II, LLC;
EQUIALT FUND III, LLC;
EA SIP, LLC;**

    Defendants, and

**128 E. DAVIS BLVD, LLC, et al.,**

    Relief Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Receiver's Unopposed Motion to Approve Transfer of Title to the Property Located at 3411 E. Lambright Street, Tampa, Florida 33610 (the "Property"). (Dkt. 1275) At the request of the Securities and Exchange Commission ("SEC"), the Court appointed the Receiver on February 14, 2020 and directed him, in relevant part, to "[t]ake immediate possession of all property, assets and estates of every kind of the Corporate Defendants and Relief Defendants," which includes "all real property of the Corporate Defendants

and Relief Defendants, wherever situated, and to administer such assets as is required in order to comply with the directions contained in this Order." (Dkt. 11)

The Court previously approved the sale of the Property as part of an auction conducted by the Receiver. (Dkt. 977) The Property was sold at auction to Bay Area Property Acquisitions LLC, and the Receiver requests that the Court approve the transfer of title of the Property to Bay Area Property Acquisitions LLC. (Dkt. 1275) The SEC consents to the relief sought in the Motion and has waived any right to appeal this Order. (Id.) The Receiver provided the Terms and Procedures for Closing Auction Purchases for the Court's review. (Dkt. 1275-1)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Receiver's Motion, (Dkt. 1275), is **GRANTED**.

2. Transfer of title to the Property located at 3411 E. Lambright Street, Tampa, Florida 33610, better known as Hillsborough County Property Appraiser's Parcel Id Number (PIN): A-32-28-19-487-000000-00019.1 (FOLIO: 151977-0000) to Bay Area Property Acquisitions LLC is **APPROVED.** The Property's legal description is as follows:

**HANKINS' SUBURBAN HOMESITES**
**REVISED E 1/2 OF N 1/2 OF LOT 19**

3. Said transfer shall be free of any and all liens and encumbrances.

**DONE and ORDERED** in Tampa, Florida, this 15th day of January 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record
Any Unrepresented Person